IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUIS ORTIZ HERNANDEZ,<br>*Plaintiff* | § § § § | |
| -vs- | § § | SA-22-CV-01069-XR |
| RUTH SARAI ERAZO,<br>*Defendant* | § § § § | |

### FINAL JUDGMENT

In accordance with the Amended and Restated Order entered in the above case on April 4, 2023 (ECF No. 35), the Court found and concluded that Petitioner Luis Ortiz Hernandez met his burden of proving by a preponderance of the evidence that he is entitled to the relief requested in his Petition (ECF No. 5) that M.S.O. be promptly and safely returned to Mexico.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT IS HEREBY ENTERED** in favor of Petitioner Luis Ortiz Hernandez.

It is further **ORDERED, ADJUDGED**, and **DECREED** that the instant case is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 6th day of June, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE